Klingbeil v. Neubauer.

---

No. 23,856.

AUGUSTA KLINGBEIL, *Appellee*, v. FRITZ NEUBAUER, *Appellant.*

SYLLABUS BY THE COURT.

FORCIBLE DETAINER—*May Be Maintained by One Cotenant Against Stranger to the Title.* A proceeding under the forcible entry and detainer statute may be maintained by one of several tenants in common against a stranger to the title.

Appeal from Bourbon district court; EDWARD C. GATES, judge. Opinion filed July 8, 1922. Affirmed.

*J. I. Sheppard, F. W. Bayless, James G. Sheppard,* and *C. F. Newman,* all of Fort Scott, for the appellant.

*H. A. Pritchard,* of Fort Scott, for the appellee.

The opinion of the court was delivered by

MASON, J.: Augusta Klingbeil began a proceeding against Fritz Neubauer under the forcible entry and detainer statute. The plaintiff recovered judgment and the defendant appeals.

In the course of the trial it developed that before the proceeding was begun the plaintiff had conveyed away an undivided one-fourth interest in the tract in controversy. The defendant contends that as the plaintiff did not own the property she could not maintain the action. One of several tenants in common may maintain a proceeding for forcible entry and detainer against a stranger, each so

far as he is concerned being entitled to possession of the whole estate. (26 C. J. 835; 11 R. C. L. 1171.)

It is said in the appellee's brief that the defendant has been dispossessed as the result of the affirmance of a former judgment against him in favor of a representative of the Klingbeil estate (*Klingbeil v. Neubauer*, 110 Kan. 253, 203 Pac. 731), thus rendering the present proceeding moot. In view of what has already been said this matter need not be gone into.

The judgment is affirmed.